In the Matter of HYMAN GOLDBERG, Appellant, against ROBERT MOSES, as Park Commissioner of the City of New York, et al., Respondents.

Argued April 12, 1951; decided May 24, 1951.

*Hyman Goldberg,* appellant in person.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Andrew Bellanca* of counsel), for respondents.

Order affirmed, without costs, upon the ground that the evidence against the petitioner was sufficient to warrant his dismissal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.